# FORBES LAW LLC

Attorney and Counsellor at Law
www.geflaw.net

(Tax ID No. 81-2769067)

Main Street Law Building
166 Main Street
Painesville, Ohio 44077
440-357-6211, ext. 130
crenzi@geflaw.net

To: Richard M. Osborne
Orwell Trumbull Pipeline Co., LLC
3511 Lost Nation Road, Suite 213
Willoughby, OH 44094

Invoice Date: 4/05/2018

*Thank you in advance for your prompt payment!*

**PLEASE MAKE CHECKS PAYABLE TO: FORBES LAW LLC**

*For your convenience, you can now make payments on-line by visiting our "Pay Your Bill" page on our website at www.geflaw.net*

Regarding: Osborne, Richard M - Chowder - CH11
Invoice No: 80588

## Services Rendered

| Date | Staff | Description | Dur/Qty | Rate | Charges |
|---|---|---|---|---|---|
| 12/11/2017 | GEF | Professional Service<br>Telephone conference with client -Carolyn and Jessica | 0.30 | $350.00 | $105.00 |
| 12/12/2017 | GEF | Professional Service<br>RE: Phone Call Follow Up | 0.30 | $350.00 | $105.00 |
| 12/12/2017 | GEF | Professional Service<br>Telephone conference - miscellaneous -Baumgart | 0.20 | $350.00 | $70.00 |
| 12/12/2017 | GEF | Professional Service<br>Telephone conference - miscellaneous -Financing | 0.30 | $350.00 | $105.00 |
| 12/13/2017 | GEF | Professional Service<br>RE: Chiron CA<br>E-mail miscellaneous Chiron | 0.20 | $350.00 | $70.00 |
| 12/20/2017 | GEF | Professional Service<br>Conference with client | 0.60 | $350.00 | $210.00 |
| 12/20/2017 | GEF | Professional Service<br>IDI Meeting | 0.70 | $350.00 | $245.00 |
| 12/28/2017 | GEF | Professional Service<br>Telephone conference - miscellaneous -Randy Snow | 0.30 | $350.00 | $105.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/28/2017 | GEF | Professional Service<br>Telephone conference with client -Rick re: potential revenue | 0.20 | $350.00 | $70.00 |
| 1/05/2018 | GEF | Professional Service<br>RE: Phone Call Follow Up<br>E-mail miscellaneous -Chiron | 0.30 | $350.00 | $105.00 |
| 1/08/2018 | GEF | Professional Service<br>review and revise schedules<br>Telephone conference with client -Jessica re: schedules | 1.50 | $350.00 | $525.00 |
| 1/08/2018 | GEF | Professional Service<br>Blair Group<br>Review of documents -Agreement and Release Blair<br>Fax to Rick | 0.30 | $350.00 | $105.00 |
| 1/09/2018 | CAS | Professional Service<br>Completion of Schedules for filing | 0.60 | $125.00 | $75.00 |
| 1/09/2018 | GEF | Professional Service<br>Telephone conference with client -Carolyn | 0.20 | $350.00 | $70.00 |
| 1/09/2018 | GEF | Professional Service<br>Telephone conference with client -Rick re: schedules | 0.20 | $350.00 | $70.00 |
| 1/09/2018 | GEF | Professional Service<br>Finalize schedules | 0.70 | $350.00 | $245.00 |
| 1/19/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Snow | 0.60 | $350.00 | $210.00 |
| 1/19/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Snow re sale of leases, lease payments, cash collateral | 0.50 | $350.00 | $175.00 |
| 1/21/2018 | GEF | Professional Service<br>RE: Chowder and LSGS<br>review and approve MOR | 0.20 | $350.00 | $70.00 |
| 1/23/2018 | GEF | Professional Service<br>Attendance at hearing | 0.20 | $350.00 | $70.00 |
| 1/24/2018 | GEF | Professional Service<br>Meeting with Chiron | 0.80 | $350.00 | $280.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/24/2018 | GEF | Professional Service<br>Travel | 0.40 | $175.00 | $70.00 |
| 1/24/2018 | GEF | Professional Service<br>Luncheon meeting w/ Krassof | 0.50 | $350.00 | $175.00 |
| 1/24/2018 | GEF | Professional Service<br>prepare for 341 | 0.40 | $350.00 | $140.00 |
| 1/24/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Krassof | 0.20 | $350.00 | $70.00 |
| 1/25/2018 | GEF | Professional Service<br>Miscellaneous service -travel | 0.30 | $175.00 | $52.50 |
| 1/25/2018 | GEF | Professional Service<br>Attend 341 | 0.70 | $350.00 | $245.00 |
| 1/26/2018 | GEF | Professional Service<br>post 341 meeting | 0.30 | $350.00 | $105.00 |
| 2/01/2018 | GEF | Professional Service<br>Telephone conference with client -Rick | 0.20 | $350.00 | $70.00 |
| 2/03/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Schweig re: global resolution | 0.30 | $350.00 | $105.00 |
| 2/09/2018 | GEF | Professional Service<br>Osborne Taxes<br>E-mail miscellaneous | 0.20 | $350.00 | $70.00 |
| 2/10/2018 | GEF | Professional Service<br>Review and analysis<br>Portion of letter re Chowder | 0.40 | $350.00 | $140.00 |
| 2/14/2018 | GEF | Professional Service<br>Telephone conference with opposing attorney -Bain | 0.20 | $350.00 | $70.00 |
| 2/14/2018 | GEF | Professional Service<br>Review omnibus agreement<br>Legal research -status of UCC, materials regarding transmission utiliy, including current and prior statutes, nationwide search for cases | 0.90 | $350.00 | $315.00 |
| 2/20/2018 | GEF | Professional Service<br>FW: MORs for LSGS and Chowder<br>review and approve MOR | 0.20 | $350.00 | $70.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/04/2018 | GEF | Professional Service<br>Chowder and Lakeshore<br>Review and analysis<br>Correspondence to client | 0.50 | $350.00 | $175.00 |
| 3/05/2018 | GEF | Professional Service<br>RE: Orwell Engagement Letter<br>E-mail miscellaneous | 0.20 | $350.00 | $70.00 |
| 3/05/2018 | GEF | Professional Service<br>Telephone conference with client re:status | 0.20 | $350.00 | $70.00 |
| 3/05/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Todd Atkinson | 0.50 | $350.00 | $175.00 |
| 3/08/2018 | GEF | Professional Service<br>Conference with client | 0.70 | $350.00 | $245.00 |
| 3/09/2018 | GEF | Professional Service<br>RE: 17-17245 and 17-17246<br>E-mail miscellaneous -Court re: Dahl | 0.20 | $350.00 | $70.00 |

Total Fees  $5,587.50

Total New Charges  $5,587.50