UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 17-17245 |
| CHOWDER GAS AND STORAGE | ) | |
| FACILITY LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR RECEIVER

Now comes Rachel L. Steinlage, Esq., and hereby withdraws her appearance on behalf of Zachary B. Burkons of Rent Due, LLC as court-appointed receiver (the "Receiver") over all real and personal property of the Debtor Richard M. Osborne, the Richard M. Osborne Trust, Junior Properties, Ltd., Rigrotona Trust, Chowder Gas Storage Facility, LLC, Lake Shore Gas Storage, Inc., Orwell-Trumbull Pipeline Co., LLC, Heisley Hopkins, Inc., Black Bear Realty, Ltd., and Hamilton Parties, Inc. in the above-captioned case. Richard M. Bain, Kinsey McInturf, and the law firm of Meyers, Roman, Friedberg & Lewis shall be substituted as and remain counsel of record for the Receiver.

Respectfully Submitted,

*/s/ Rachel L. Steinlage*
Richard M. Bain (0016525)
Rachel L. Steinlage (0079450)
T. Kinsey McInturf (0088103)
MEYERS ROMAN FRIEDBERG & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
(216) 831-0042 / Fax: (216) 831-0542
Email: rbain@meyersroman.com
kmcinturf@meyersroman.com
*Attorneys for Zak Burkons, Receiver*

{01254916}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2018, a true and correct copy of the foregoing *Notice of Substitution of Counsel* was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Gregory P. Amend     gamend@bdblaw.com, grichards@bdblaw.com
- Sherri Lynn Dahl     sdahl@dahllawllc.com
- Matthew H. Matheney     mmatheney@bdblaw.com, bhajduk@bdblaw.com
- Nathaniel R. Sinn     nsinn@bdblaw.com, kslatinsky@bdblaw.com
- Randolph L. Snow     rsnow@bmsa.com
- United States Trustee     (Registered address)@usdoj.gov
- Maria D. Giannirakis ust06     maria.d.giannirakis@usdoj.

and by regular U.S. Mail, postage prepaid, to: none.

*/s/ Rachel L. Steinlage*
Rachel L. Steinlage (0079450)