The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 30, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: July 30, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17245 |
| | ) | |
| CHOWDER GAS AND STORAGE FACILITY, LLC, | ) ) | Chapter 11 |
| | ) | Judge Arthur I. Harris |
| Debtor. | ) | |
| In re: | ) | Case No. 17-17246 |
| | ) | |
| LAKE SHORE GAS STORAGE INC., | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

ORDER

For the reasons stated in open court on July 30, 2018, and pursuant to 11 U.S.C. § 1112(b)(1), the Court determines that the appointment under section 1104(a) of a trustee is in the best interests of creditors and the estate.

IT IS SO ORDERED.