IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 17-17245 (AIH) |
| **Chowder Gas Storage Facility LLC** | ) | |
| | ) | |
| | ) | Judge Arthur I. Harris |
| Debtor | ) | |

| | | |
|---|---|---|
| In re: | ) | CASE NO. 17-17246 (AIH) |
| | ) | |
| **Lake Shore Gas Storage Inc.** | ) | |
| | ) | Judge Arthur I. Harris |
| Debtor | ) | |

## NOTICE OF ACCEPTANCE[1]

I, Anthony J. DeGirolamo hereby acknowledge my selection and agree to serve as Chapter 11 Trustee in each of the above-captioned cases.

8/2/18
Date

Anthony J. DeGirolamo, Esq.
Chapter 11 Trustee

---

[1] These Debtors are related entities but the cases are not jointly administered. The Notice of Acceptance is being filed in both cases.