MOTION GRANTED [signature]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2018 AUG -2 PM 2:01
US BANKRUPTCY COURT
NRN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17245 (AIH) |
| Chowder Gas Storage Facility LLC | ) | |
| | ) | Judge Arthur I. Harris |
| Debtor | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17246 (AIH) |
| Lake Shore Gas Storage Inc. | ) | |
| | ) | Judge Arthur I. Harris |
| Debtor | ) | |

### REPORT OF SELECTION FOR APPOINTMENT OF TRUSTEE[1]

Daniel M. McDermott, the United States Trustee for Region 9, respectfully reports to the Court that Anthony J. DeGirolamo has been selected for recommended appointment as the Chapter 11 Trustee in the cases of Chowder Gas Storage Facility LLC and Lake Shore Gas Storage Inc. (together "Debtors") in response to the orders entered in these cases directing the appointment of a chapter 11 trustee in accordance with 11 U.S.C. §1104. (Chowder Doc. No. 102; Lake Shore Doc. No. 104) Anthony J. DeGirolamo maintains his office at 3930 Fulton Dr. NW, Canton, Ohio 44718.

To the best of his knowledge, the United States Trustee is informed that Anthony J. DeGirolamo has no connections with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any persons employed in the Office of the United States Trustee, except that he is a member of the chapter 7 panel of trustees.

---

[1] These Debtors are related entities but the cases are not jointly administered. The Report of Selection is being filed in both cases.