The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 13, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: September 13, 2018**



/s/ Arthur I. Harris
ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Case No. 17-17245 (AIH) |
| | : | (Jointly Administered) |
| CHOWDER GAS AND STORAGE FACILITY LLC | : | |
| | : | |
| | : | Chapter 11 |
| *et al.* | : | |
| | : | |
| Debtors.³ | : | Judge Arthur I. Harris |
| | : | |

------------------------------------------------------------x

### ORDER SCHEDULING EXPEDITED HEARING ON SEPTEMBER 18, 2018 AT 11:00 A.M. ON:

### MOTION OF THE CHAPTER 11 TRUSTEE FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING TRUSTEE TO OBTAIN POST-PETITION FINANCING PURSUANT TO SECTION 364(b) OF THE BANKRUPTCY CODE

This matter is before the Court upon the motion (the "Motion") of Anthony J. DeGirolamo, the duly appointed chapter 11 trustee in the above-captioned jointly administered cases (the "Trustee"), pursuant to section 105 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requesting that the Court schedule an expedited hearing to occur on **SEPTEMBER 18, 2018 AT 11:00 A.M.** to consider the Trustee's *Motion of the Chapter 11*

---
³ The Debtors are Chowder Gas and Storage Facility, LLC and Lake Shore Gas Storage, Inc.

*Trustee for Entry of Interim and Final Orders Authorizing Trustee to Obtain Post-Petition Financing Pursuant to Section 364(b) of the Bankruptcy Code* (the "Financing Motion"), shortening the response period with respect to the Financing Motion, and approving the form and manner of notice of the expedited hearing on the Financing Motion; whereupon the Court finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the Trustee has set forth good and sufficient cause for the relief requested in the Motion; and (iv) notice of the hearing on the Financing Motion in accordance with this Order shall constitute good and sufficient notice under the circumstances.

**IT IS THEREFORE ORDERED** that a hearing before the Honorable Arthur I. Harris shall be held on the Financing Motion on **SEPTEMBER 18, 2018 AT 11:00 A.M., Eastern Time,** in the United States Bankruptcy Court for the Northern District of Ohio, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114-1235 (the "**Hearing**"); and

**IT IS FURTHER ORDERED** that the form and manner of the proposed notice attached to the Motion as Exhibit A to be utilized to provide notice to interested parties of the Hearing on the Financing Motion (the "Notice") is approved in all respects; and

**IT IS FURTHER ORDERED** that the Trustee is authorized and directed to send a copy of the Notice and this Order by e-mail (unless they receive ECF notices in these cases) to the following parties or their counsel: (a) the Office of the United States Trustee, (b) the Receiver for the Orwell-Trumbell Pipeline Co., LLC ("Orwell-Trumbell") as well as counsel for Orwell-Trumbell in the receivership case, (c) First National Bank of Pennsylvania; and (d) all parties

that have requested notice in this case via the Court's ECF system and all parties who have requested notice of pleadings and filings in these cases.

**IT IS SO ORDERED.**

# # #

Prepared By:

/s/ Jeremy M. Campana
Jeremy M. Campana (0074541)
Andrew L. Turscak, Jr. (0073851)
James J. Henderson (0084385)
THOMPSON HINE LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114
Phone: 216-566-5500
Fax: 216-566-5800
jeremy.campana@thompsonhine.com
andrew.turscak@thompsonhine.com
james.henderson@thompsonhine.com

*Counsel to the Chapter 11 Trustee*

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion* with exhibits was served upon all parties registered to receive notice through the Court's ECF System or otherwise upon the parties listed below on September 11, 2018.

**ECF Service**

- Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania gamend@bdlaw.com, grichards@bdlaw.com
- Sherry Lynn Dahl, on behalf of Debtors Chowder Gas and Storage Facility LLC and Debtor Lake Shore Gas Storage Inc., sdahl@dahllawllc.com
- Matthew H. Matheney on behalf of First National Bank of Pennsylvania mmatheney@bdlaw.com, bhajduk@bdlaw.com
- William E. Schonberg Interested Party OCG Resources, LLC wschonberg@beneschlaw.com, docketEbeneschlaw.com, cgreen@beneschlaw.com, lbehra@beneschlaw.com
- Nathaniel R. Sinn Creditor First National Bank of Pennsylvania nsinn@bdlaw.com, kslatinsky@bdlaw.com
- Randolph L. Snow, on behalf of Bass Energy, Inc., Richard Petticrew Oil & Gas Trust, Jeffrey B Petticrew, Richard W Petticrew, Ball Resources, Inc., 5 Star, LLC, and William E. Blair Jr., rsnow@bmsa.com
- Gregory D. Swope, gswope@kwgd.com, mhelmick@kwgd.com
- Richard M. Bain, on behalf of Zachary Burkons, rbain@meyersroman.com, jray@meyersroman.com, mnowak@meyersroman.com,
- United States Trustee (Registeredaddress)@usdoj.gov
- Maria D. Giannirakis, on behalf of U.S. Trustee, maria.d.giannirakis@usdoj.gov

**U.S. Mail Service**

| | |
|---|---|
| Richard A. Baumgart<br>55 Public Square, Suite 2100<br>Cleveland, OH 44113-0000 | Zachary B. Burkons<br>Rent Due LLC<br>1621 Euclid Avenue, Suite 408<br>Cleveland, OH 44115 |
| Bryan Cope<br>708 Westville Lake Road<br>Beloit, OH 44609 | Lorin Cope<br>3516 Giles Avenue<br>St. Louis, MO 63116 |
| Cheryl A. Dragomir<br>27147 Center Road<br>Beloit, OH 44609 | Vasile T. Dragomir<br>27147 Center Road<br>Beloit, OH 44609 |
| William T. Wuliger<br>2003 St. Clair Avenue<br>Cleveland, OH 44114-0000 | Russell Phillips<br>3924 Cleveland Avenue NW<br>Canton, OH 44709 |

/s/ Jeremy M. Campana
Jeremy M. Campana (0074541)

*Counsel for Anthony J. DeGirolamo,
Chapter 11 Trustee*