# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio
## Eastern Division
## CHAPTER 11 TRUSTEE'S BOND

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**TRUSTEE:** Anthony J. DeGirolamo          **BOND NO.:** 45BSBHY7990

**IN RE:** Chowder Gas Storage Facility, LLC, Case No: 17-17245 (AIH) DEBTOR

**EFFECTIVE DATE:** 8/1/18

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**KNOW ALL MEN BY THESE PRESENTS:** That Anthony J. DeGirolamo as Principal(s), and **Hartford Fire Insurance Company**, as Surety, are held and firmly bound unto the United States of America as Obligee, for the above referenced case, in the sum of **One Hundred Thousand Dollars**, **($100,000),** to be paid to the said Obligee, for which payment, well and truly to be made, we bind ourselves, our heirs, executors, administrators and successors, jointly and severally, firmly by these presents.

**THE CONDITION OF THIS OBLIGATION IS SUCH THAT,** whereas the above-named principal was appointed Trustee in the case pending in Bankruptcy in said Court, wherein **Chowder Gas Storage Facility, LLC, Case No: 17-17245 (AIH) is** the Debtor, and the said Principal as Trustee has accepted said trust with all the duties and obligations pertaining thereunto:

**NOW, THEREFORE,** if the said Trustee, shall obey such orders as said Court may make in relation to said trust, and shall faithfully and truly account for all moneys, assets and effects of the estate of said Debtor which shall come into his/her hands and possession, and shall in all respects faithfully perform all of his/her official duties as said Trustee, then this obligation to be void; otherwise, to remain in full force and virtue.

Signed, sealed and dated August 10, 2018.

Witness or Attest

By: Amber M Weaver

By: _____
Anthony J. DeGirolamo, Trustee

Witness or Attest

By: Christine M Costa

Hartford Fire Insurance Company

By: _____
Stephanie M. Harris, Attorney-in-Fact

ACCEPTED BY THE OFFICE OF THE U.S. TRUSTEE

By: _____
Assistant U. S. Trustee

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
BOND, T-12
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* 888-266-3488 *or fax:* 860-757-5835

Agency Name: INSURANCE PARTNERS AGENCY LLC
Agency Code: 45-450415

KNOW ALL PERSONS BY THESE PRESENTS THAT:

| | | |
|---|---|---|
| X | **Hartford Fire Insurance Company**, | a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Casualty Insurance Company**, | a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Accident and Indemnity Company**, | a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Underwriters Insurance Company**, | a corporation duly organized under the laws of the State of Connecticut |
| | **Twin City Fire Insurance Company**, | a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of Illinois**, | a corporation duly organized under the laws of the State of Illinois |
| | **Hartford Insurance Company of the Midwest**, | a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of the Southeast,** | a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint
Stephanie M. Harris

its true and lawful Attorney-in-Fact, to sign its name as surety(ies) only as delineated above by , and to execute, seal and acknowledge the following bond, undertaking, contract or written instrument:
Bond No. 45BSBHY7990
Naming Anthony J. DeGirolamo as Principal,
and Office of the United States Trustee as Obligee,
in the amount of See Bond Form(s) on behalf of Company in its business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on May 6, 2015 the Companies have caused these presents to be signed by its Senior Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



John Gray, Assistant Secretary                     M. Ross Fisher, Senior Vice President

**STATE OF CONNECTICUT** } ss. Hartford
**COUNTY OF HARTFORD** }

On this 5th day of January, 2018, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Senior Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2021

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of August 10, 2018.
Signed and sealed at the City of Hartford.

Kevin Heckman, Assistant Vice President

ePOA 2018